No. 95–8845 (A–895). WILLIAMS v. CALDERON, WARDEN. C. A. 9th Cir. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied.

MAY 13, 1996

No. 95–1087. LONDON ET AL. v. CONCHA ET AL. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.